Opinion issued April 2, 2019



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00077-CR

_____

**ECKNOZZIO OKEITH FONTENOT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from 185th District Court**
**Harris County, Texas**
**Trial Court Case No. 1540146**

---

## MEMORANDUM OPINION

Appellant, Ecknozzio Okeith Fontenot, has filed a motion to dismiss his appeal. Appellant and his attorney have signed the motion, and we have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.2(a). Further, more than ten days

have passed and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).